%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TENNESSEE (WESTERN DIV. AT MEMPHIS)__

Travelers Property Casualty Co. of America, as
Subrogee of Industrial Realty Group, LLC, et al.

V.

Osram Sylvania, Inc. and
Osram Sylvania Products, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 10-2121

TO: (Name and address of Defendant)

Osram Sylvania, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hunter C. Quick, Esquire
Tennessee Bar No.: 010584
Albert S. Nalibotsky, Esquire
Quick, Widis & Nalibotsky, PLLC
2100 Rexford Road, Suite 200
Charlotte, NC 28211
Telephone: (704) 364-2500
Fax: (704) 365-8734

David K. Taylor, Esquire
Tennessee Bar No.: 11154
Bradley Arant Boult Cummings, LLP
Post Office Box 340025
Nashville, TN 37203
Telephone: (615) 244-2582
Fax: (615) 252-6380

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

THOMAS M. GOULD                                    2-22-10
CLERK                                              DATE

S/ JDAVIS
(By) DEPUTY CLERK